UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

William James Mathew Wallace II,

    Plaintiff,

v.

Department of Corrections of Washington et al.,

    Defendants.

CASE NO. 3:19-cv-05330-RJB-JRC

REPORT AND RECOMMENDATION

The District Court has referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge. The parties filed a stipulated partial motion to dismiss plaintiff's legal access and property claims. Dkt. 53. The stipulated motion did not state whether the dismissal was with or without prejudice. *See* Dkts. 53; 56. The Court requested a supplemental memorandum to clarify whether the dismissal should be with or without prejudice. Dkt. 56. Defendants filed a supplemental memorandum conceding that dismissal of plaintiff's legal access and property claims without prejudice is most appropriate in this matter. Dkt. 57. Plaintiff did not file a supplemental memorandum of his own or any additional briefing. *See* Dkt. The parties stipulate

REPORT AND RECOMMENDATION - 1

1  that this matter continues as to plaintiff's Eighth Amendment and Americans with Disabilities
2  Act ("ADA") claims. Dkt. 53.
3      Accordingly, the Court recommends dismissing plaintiff's legal access and property
4  claims without prejudice. The Court has not set a noting date because the parties have stipulated
5  to dismissal. The Court recommends entry of the order dismissing the action when the District
6  Court receives this Report and Recommendation.
7      Dated this 25th day of November, 2019.

J. Richard Creatura
United States Magistrate Judge