UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM JAMES MATHEW WALLACE II,

　　　　Plaintiff,

　　v.

FRANK LONGANO et al.,

　　　　Defendants.

CASE NO. 3:19-CV-05330-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation (Dkt. 59).

(2)　Plaintiff's legal access and property claims are dismissed without prejudice.

**DATED** this 2nd day of December, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge