1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT TACOMA

8    WILLIAM JAMES MATHEW
     WALLACE II,                              CASE NO. 3:19-cv-05330-RJB-JRC

9                        Plaintiff,           ORDER ADOPTING REPORT AND
                                              RECOMMENDATION
10            v.

11   FRANK LONGANO, et al.,

12                       Defendants.

13       The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

14   Richard Creatura (Dkt. 105), Objections to the Report and Recommendation (Dkt. 110), and the

15   remaining record, does hereby find and ORDER:

16       (1)     The Court ADOPTS the Report and Recommendation (Dkt. 105).

17       (2)     Defendants' Motion for Summary Judgment (Dkt. 74) is GRANTED, and all

18   claims are DISMISSED. Plaintiff's Motion for Summary Judgment (Dkt. 85) is

19   DENIED.

20       (3)     Plaintiff's Second Motion for Summary Judgment (Dkt. 108) is overlength (see

21   Local Rules W.D. Wash. LCR 7(e)(3)), untimely (see Dkt. 46), and without merit.

22   Plaintiff's Second Motion for Summary Judgment (Dkt. 108) and Defendants' Motion to

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1    Strike Plaintiff's Second Motion for Summary Judgment (Dkt. 109) are DENIED AS

2    MOOT.

3    (4)    This case is CLOSED.

4    **DATED** this 6th day of July, 2020

5

6                                            _____

7                                            ROBERT J. BRYAN
                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2